## Charles M. Upham, Appellee, v. Samuel Kerr, Appellant.

Gen. No. 41,295.

opinion filed November 20, 1940. Guy M. Blake, for appellant; Rubenstein, Haggenjos & Monarch, for appellee. Opinion by JUSTICE BURKE. ''Not to be published in full.''